UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

99-30974-C-7
DEBTOR   JOHN BERGE
FILED 8/17/99 - 10 11 AM
Master Address List
CLERK. U S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION      JPis

In re,                           )
                                 )
    BERGE, JOHN CLAY             )
                                 )    Bankruptcy Case No.
                                 )
                                 )
_____Debtor(s)._____)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for this case, either *(please check one)*:

[XX]   on computer diskette listing a total of __19__ creditors,

### OR

[ ]    by a typed, hard copy in scannable format, consisting of _____ pages and listing a total of _____ creditors,

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: 8-6-99

_____          _____
       Debtor's Signature                Joint Debtor's (if any) Signature

**FOR COURT USE ONLY**

____ Diskette readable. Print-out of Master Address List attached; copy provided to filing party with returned diskette.

____ Diskette unreadable (print-out attached). Notice to resubmit provided to filing party with returned diskette.

EDC 2-100 (New 11/98)

Printout of file CREDITOR.SCN submitted on disk for debtor Berge.  Page 1

Allied Credit- Yakima
6565 Kimball Drive, Suite 200
Gig Harbor, WA   98335

Yakima District Court
N. 2nd & E. B St.
Yakima, Wash  98901

Action Collections
P.O. Box 2365
Yakima, WA   98907

Atlas Editions
4343 Equity Drive
P.O. Box 16670
Columbus, OH   43216

Baron & Bach
Collection Division
1430 Willow Pass Rd. #250
Concord, CA   94520

Butte County Credit Bureau
P.O. Box 7600
Chico, CA 95927

Columbia House
1400 N. FruitRidge Ave
P.O. Box 1131
Terre Haute,IN 47811

FingerHut National Bank
11 McLeLand Road
St. Cloud, MN 56395

Merchants Credit Guide
223 W. Jackson St, Suite 900
Chicago, IL   60606

Morgan Jewelers
P.O. Box 45820
Salt Lake City, UT   84145

PG & E
P.O. Box 997300
Sacto, CA   95899

Richard Frey
1275 East Ave.
Chico, CA   95926

Printout of file CREDITOR.SCN submitted on disk for debtor Berge.   Page 2

Statewide Collections
585 East Ave.
Chico, CA  95926

Swiss Colony
1112 7th Ave.
Monroe, WI  53566

Washington Mutual Bank
200 Broadway
Chico, CA  95926

Wild Life Explorer
P.O. Box 7291
Pasadena, CA  91109

Yakima County Credit Services
P.O. Box 9244
Yakima, WA  98909

Yakima Valley Farmworkers
P.O. Box 190
Toppenish, WA  98948

Yakima Valley Memorial Hospital
2811 Tieton Road
Yakima, WA 98902


//////////////////////Last page//////////////////////