United States Bankruptcy Court
Eastern District of California

# FINAL DECREE

Case Number: 99 - 30974-C-7    CHAPTER 7

In re **John Clay Berge**
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

Address: PO BOX 6393
CHICO, CA 95927

**FILED**

12/ 7 /99

**CLERK**
U.S BANKRUPTCY COURT
EASTERN DISTRICT
OF CALIFORNIA

auto

Name and Address of Case Trustee    John R Roberts    Telephone Number    530-626-4732

PO Box 1506
Placerville, CA 95667-1506

Office of the United States Trustee

For cases in the Sacramento Division  501 I Street, Room 3-200, Sacramento, CA 95814, Telephone number (916) 930-4400
For cases in the Fresno Division and Modesto Division  1130 O Street, Suite 1110, Fresno, CA 93721, Telephone number (209) 498-7400

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the Trustee is hereby discharged, that the bond of the Trustee is hereby canceled, and that the Trustee's bond is hereby released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect

DATED 12/07/99

FOR THE COURT
RICHARD G HELTZEL CLERK,
U S BANKRUPTCY COURT
Sacramento Division Office
501 I Street, Suite 3-200
Sacramento, CA 95814

## Certificate of Mailing

The deputy clerk whose signature appears below certifies that

✓ A copy of this final decree was mailed today to the case trustee whose name address appear above
OR
___ The case trustee has waived service of this order

Dated 12-7-99    By _____
Deputy Clerk

FORM BL/L51 (New 7/98)

**9-1**